IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

ROBERT E. GREEN,

 Plaintiff,

v.     CIVIL NO.: WDQ-08-0296

CONAGRA FOODS, INC.,

 Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

As ConAgra Foods, Inc.'s ("ConAgra") motion to transfer venue is unopposed by Robert E. Green, it is, this 28th day of April, 2008, ORDERED that:

1. ConAgra's motion to transfer venue (Paper No. 9) BE, and HEREBY IS, GRANTED;

2. This case BE, and HEREBY IS, TRANSFERRED to the U.S. District Court for the District of Nebraska;

3. This case BE, and HEREBY IS, CLOSED; and

4. The Clerk of the Court shall send copies of this Order to counsel for the parties.

         /s/
        William D. Quarles, Jr.
        United States District Judge

I hereby attest and certify on 4-29-08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy