IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT E. GREEN,              )
                              )
          Plaintiff,          )         8:08CV200
                              )
     v.                       )
                              )
CONAGRA FOODS, INC.,          )         ORDER
                              )
          Defendant and       )
          Counterclaimant)
_____)
```

      This matter is before the Court on the motion by ConAgra Foods, Inc., to have Zhonette Marie Brown withdraw as counsel and to extend deadline (Filing No. 35).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted; Zhonette Marie Brown is deemed withdraw as counsel for ConAgra Foods, Inc.  The motion to extend deadline is denied as moot.

      DATED this 16th day of June, 2008.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court