IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT E. GREEN,              )
                             )
              Plaintiff,      )        8:08CV200
                             )
         v.                  )
                             )
CONAGRA FOODS, INC.,          )           ORDER
                             )
              Defendant and  )
              Counterclaimant)
_____ )
```

This matter is before the Court on defendant's notice of withdrawing Filing No. 46 without prejudice (Filing No. 49). The Court finds the motion should be deemed withdrawn. Accordingly,

IT IS ORDERED that Filing No. 46, a motion to compel, is withdrawn without prejudice.

DATED this 8th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court