IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT E. GREEN,              )
                              )
          Plaintiff,          )        8:08CV200
                              )
     v.                       )
                              )
CONAGRA FOODS, INC.,          )        ORDER
                              )
          Defendant and       )
          Counterclaimant)
_____)
```

This matter is before the Court on a stipulation and joint motion (Filing No. 74). The Court will adopt the stipulation and grant the motion. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted;

2) The motion is granted; the deadline for expert reports and close of expert discovery is extended to April 20, 2009.

DATED this 15th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court