IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT E. GREEN,              )
                              )
          Plaintiff,          )         8:08CV200
                              )
     v.                       )
                              )
CONAGRA FOODS, INC.,          )         ORDER
                              )
          Defendant and       )
          Counterclaimant)
_____)
```

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 77). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted;

2) This action is dismissed with prejudice, each party to bear its own costs and attorney fees. The jurisdiction of this Court will continue for the purpose of the enforcement of the settlement agreement, and for any further orders necessary or proper relating to this order.

DATED this 3rd day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court